Opinion
issued July 29, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-01126-CR

———————————

Gregory Wade Murphy, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 212th District Court 

Galveston County, Texas



Trial Court Case No. 08CR3279



 

MEMORANDUM OPINION

          Appellant,
Gregory Wade Murphy, has filed a motion to dismiss the above-referenced
appeal.  The motion complies with the
Texas Rules of Appellate Procedure.  See Tex. R. App. P. 42.2 (a).

            We have not yet issued a decision. 
Accordingly, the motion is granted and the appeal is dismissed.

          The Clerk of this Court is directed to
issue the mandate within 5 days.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2 (b).